IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>WILLIAM BRIAN EPLEY,<br><br>    Defendant.<br>_____/ | No. CR 99-40059 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING DEFENDANT'S ADMISSION OF THE VIOLATIONS OF THE TERMS AND CONDITIONS OF SUPERVISED RELEASE |

The Court has reviewed Magistrate Judge Laurel Beeler's Report and Recommendation Regarding Defendant's Admission of Violations of the Terms and Conditions of His Supervised Release and adopts the Recommendation in every respect. Accordingly,

Defendant William Brian Epley's admission of the violations is accepted by the Court as to charges one, two and three of the Petition for Arrest Warrant for Offender Under Supervision filed on January 12, 2010, charging the Defendant with not reporting to the Residential Re-Entry Center (RRC), failing to submit his completed monthly supervision report forms, and failing to appear for drug testing. Sentencing is set for April 7, 2010, at 2:00 p.m. The U.S. Probation Office shall prepare a sentencing memorandum and disclose said memorandum to the government and defense counsel.

Dated: 3/12/10

CLAUDIA WILKEN
United States District Judge

cc: LB; U.S. Probation; Wings;