# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### Oakland Venue

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearings is Attached)*

**Name of Offender**
William Brian Epley

**Docket Number**
CR 99-40059-05 CW

**Name of Sentencing Judge:** The Honorable Claudia Wilken
Chief United States District Judge

FILED

JAN 0 8 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**Date of Original Sentence:** June 30, 2003

**Original Offense**
Count One: Conspiracy to Manufacture and Distribute Methamphetamine, 21 U.S.C. § 846, a Class C Felony

**Original Sentence:** 120 months imprisonment; three years supervised release
**Special Conditions:** Access to financial information; drug treatment; special assessment; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; search.

**Prior Form(s) 12:** On October 21, 2009, the Court revoked the offender's term of supervised release for committing another Federal, State or Local crime; failure to notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer; failure to participate in drug/alcohol treatment; failure to follow instructions of the probation officer and leaving the judicial district or other specified geographical area without the permission of the probation officer. He was sentenced to 7 days custody, with time served followed by 35 months of supervised release. His conditions were modified to include 8 months in the halfway house, no contact with any Hell's Angels or other gang members, unless approved by the probation officer.

On April 7, 2010, the Court revoked the offender's term of supervised release for failure to reside for a period of up to eight months at a halfway house as directed by the probation officer; failure to submit a complete written report within the first 5 days of each month; and failure to participate in a drug/alcohol treatment program. He was sentenced to 11 months custody followed by 24 months of supervised release. His conditions were modified to include three months in the halfway house; participate in mental health treatment as directed by the probation officer; participate in drug treatment and testing and participate in a union apprentice program if still offered.

NDC-SUPV-FORM 12B(1) 10/15/2013

On March 18, 2013, the Court revoked the offender's term of supervised release for failure to participate in a program of drug testing and treatment; use of a controlled substance and failure to participate in a mental health treatment program. He was sentenced to 12 months imprisonment followed by 12 months of supervised release. His conditions were modified to include a residential treatment facility for a period of three months and all previous orders remain with the exception of the halfway house placement and participation in a union apprenticeship program.

| **Type of Supervision** | **Date Supervision Commenced** |
|---|---|
| Supervised Release | December 20, 2013 |
| **Assistant U.S. Attorney** | **Defense Counsel** |
| Skye Davis | Richard Mazer (Appointed) |

## Petitioning the Court

To modify the conditions of Supervised Release as follows:

> The offender shall reside at the Residential Re-Entry Center located in San Francisco, California for up to six (6) months and shall observe the rules of that facility.

## Cause

William Brian Epley commenced his third term of supervised release in the Northern District of California on December 20, 2013.

Since Mr. Epley's commenced his original term of supervised release in November of 2007, he was supervised in the Eastern District of California. Due to the continued violation conduct and most recent revocation, the Eastern District of California has closed interest in the case and has denied the request of the Northern District of California to supervise the offender.

Mr. Epley community and family ties remain the Eastern District of California and upon his release from the Bureau of Prisons, he did not provide the probation office with a release address in the Northern District of California.

Mr. Epley has agreed to remain at the Residential Re Entry Center for a period of up to six months. Mr. Epley will be referred to a residential treatment program and if he is unable to secure housing prior to his release from the treatment facility, he will return to the halfway house.

RE:   Epley, William Brian                                                                                                                3
      0971 4:99CR40059-005 CW


Respectfully submitted,                              Reviewed by:

_____                            _____
Shaheen Shan                                         Mark Messner
U.S. Probation Officer                               Supervisory U.S. Probation Officer
Date Signed: January 7, 2014

---

THE COURT ORDERS:

☒ To modify the conditions of probation as follows:

   The offender shall reside at the Residential Re-Entry Center located in San Francisco, California for up to six (6) months and shall observe the rules of that facility.

☐ Submit a request for summons
☐ Other:



___JAN - 8 2014___                                   _____
Date                                                 Claudia Wilken
                                                     Chief United States District Judge

# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA

Defendant Name: William Brian Epley
Docket No.: 0971 4:99CR40059-005 CW

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term Of Supervision

  I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel", I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

  I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The offender shall reside at the Residential Re-Entry Center located in San Francisco, California for up to six (6) months and shall observe the rules of that facility.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct and that this declaration was executed on the date indicated at Oakland.

Signed: _William Epley_  Date: 12-30-13
   Probationer or Supervised Releasee

Witness: _____  Date: 12-30-13

NDC-SUPV-FORM-046 09/01/2013